1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY IRELAND,                          1:11-cv-02116-AWI-JLT (HC)

12              Petitioner,                    ORDER DENYING AS MOOT
                                               PETITIONER'S MOTION TO STRIKE
13        vs.                                  CONSENT

14   BRENDA CASH, Warden,                      (Doc. 13)

15              Respondent.

16   _____/

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On January 9, 2012, Petitioner filed two documents, one giving his written

19   consent to the jurisdiction of the United States Magistrate Judge, and the other declining to give

20   said consent.  (Docs. 9; 10).  On January 10, 2012, apparently based on Petitioner's declination,

21   the Clerk of the Court assigned the case to a United States District Judge.  (Docs. 10, 11).  On

22   January 24, 2012, Petitioner filed the instant motion to strike the consent filed on January 9,

23   2012.  (Doc. 13).  Based on the foregoing chronology, however, Petitioner's motion is moot.

24        Accordingly, the Court HEREBY ORDERS that Petitioner's motion to strike his prior

25   consent (Doc. 13), is DENIED as MOOT.

26

27   IT IS SO ORDERED.

28   Dated:  **June 6, 2012**                    _____
                                                     **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE