IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY IRELAND, | 1:11-cv-02116-AWI-JLT (HC) |
| Petitioner, | ORDER DENYING AS MOOT PETITIONER'S MOTION TO STRIKE CONSENT |
| vs. | |
| BRENDA CASH, Warden, | (Doc. 13) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 9, 2012, Petitioner filed two documents, one giving his written consent to the jurisdiction of the United States Magistrate Judge, and the other declining to give said consent. (Docs. 9; 10). On January 10, 2012, apparently based on Petitioner's declination, the Clerk of the Court assigned the case to a United States District Judge. (Docs. 10, 11). On January 24, 2012, Petitioner filed the instant motion to strike the consent filed on January 9, 2012. (Doc. 13). Based on the foregoing chronology, however, Petitioner's motion is moot.

Accordingly, the Court HEREBY ORDERS that Petitioner's motion to strike his prior consent (Doc. 13), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **June 6, 2012**                      /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE